IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAIL R. REYNOLDS, | ) | Case No. 8:09CV163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CONTINENTAL CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given by Michael Mullin, Mediator,

**IT IS ORDERED:**

1. On or before **January 21, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 21st day of December 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge