# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GAIL R. REYNOLDS,** | ) | **CASE NO. 8:09CV163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **CONTINENTAL CASUALTY COMPANY,** | ) | |
| an Illinois Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint stipulation for dismissal (Filing No. 28). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 28) is approved;

2. All claims asserted by Plaintiff Gail R. Reynolds against Defendant Continental Casualty Company, are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 29th day of January, 2010.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge